IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| COREY STRIPLING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-5078-CV-SW-ODS-SSA |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING PLAINTIFF'S APPLICATION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Plaintiff requests an award of fees pursuant to the Equal Access to Justice Act ("EAJA") 28 U.S.C. § 2412, in the amount of $3,362.19, representing 18.55 hours of attorney work at $181.25 per hour. Defendant agrees to an award of EAJA fees and expenses in the amount of $3,362.19. The Court awards Plaintiff $3,362.19 in attorney fees and expenses to be paid by the Social Security Administration. In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the EAJA fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States. Should payment of the EAJA fee not be used to satisfy an outstanding debt, then it should be made payable to Parmele Law Firm.

IT IS SO ORDERED.

DATE: August 29, 2013

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT